SALLIE E. HILL ET AL. *v.* SYVILLA GREGORY AND HUSBAND.

PARTITION.  *Estate in common.  Right of widow.*

> A widow entitled to dower in lands held by her deceased husband as a tenant in common has the right to have the common estate partitioned by a proceeding in chancery, to enable her to have her dower assigned.

APPEAL from the Chancery Court of Noxubee County.

Hon. L. BRAME, Chancellor.

J. A. Hill, who was seized and possessed of an undivided one-fourth interest in an estate of inheritance, died, leaving a widow and three minor children.  The widow, after having become Mrs. Gregory, filed a bill, with her husband, for the partition of the land.  The defendants demurred to the bill, and, the demurrer being sustained, they appealed.

*Jarnagin & Jarnagin*, for the appellants.

Mrs. Gregory's claim for dower does not entitle her to the partition prayed for.  Code 1871, sects. 1809, 1810.  A widow seeking the allotment of her dower must proceed under sect. 1291 of the Code of 1871.

*Thomas J. O'Neill*, for the appellees.

The appellee, Mrs. Gregory, is clearly entitled to the partition sought.  Code 1871, sects. 1809, 1810; 4 Kent's Comm. 364; 1 Story's Eq. Jur., sect. 653.

CAMPBELL, J., delivered the opinion of the court.

Mrs. Gregory, widow of J. A. Hill, deceased, is entitled to be endowed of her deceased husband's share of the land of which he was a tenant in common at the time of his death; and as a means to the end of having dower assigned to her according to her rights, she is entitled to have a partition of the estate held in common by her deceased husband and co-tenants.

Decree overruling demurrer is affirmed, and cause remanded for demurrants to answer within thirty days after the mandate herein shall be filed below.